UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

RHONDINE MELENDEZ, on behalf of herself and all others similarly situated,

                              Plaintiff,

-against-

RAAKA CHOCOLATE, INC.,

                              Defendant.

-----------------------------------------------------------------------X

Magistrate Judge Vera M. Scanlon

Case No.: 23-cv-9532 FB-VMS

**NOTICE OF MOTION**
**TO DISMISS**

PLEASE TAKE NOTICE that upon the affidavit of Leo Kayser, III, sworn to December 3, 2025, and the exhibits annexed thereto, and upon all prior pleadings and proceedings heretofore had herein, the defendant, RAAKA CHOCOLATE, INC., will move on a date and time designated by the Court before Magistrate Judge Vera M. Scanlon, of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, to dismiss pursuant to Rules 12(b)(1) and Rule 12(b)(6) of the Fed. R. Civ. P., against the plaintiff, RHONDINE MELENDEZ's Second Amended Complaint in its entirety, together with such other and further relief as this Court deems necessary and appropriate.

TAKE FURTHER NOTICE that pursuant to the agreed upon briefing schedule between counsel for all parties, plaintiff shall serve opposition papers, on or before January 7, 2026, and defendant shall file its reply papers, on or before January 23, 2026.

Oral argument is requested on this motion.

Dated: New York, New York
December 3, 2025

Yours etc.,

Kayser & Redfern, LLP

By: _____
Leo Kayser, III (LK 3550)
**Attorneys for Defendant**
515 Madison Avenue, 31st Floor
New York, NY 10022
Tel: 212-935-5057
Email: lkayser@515law.com

TO: Rami Salim, Esq.
Stein Saks, PLLC
**Attorney for Plaintiff**
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: 201-282-6500 ext 124
Email: rsalim@steinsakslegal.com