## Christopher Rodriguez

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Friday, June 21, 2024 5:24 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-09532-VMS Melendez v. Raaka Chocolate, Inc. Set Deadlines |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/21/2024 at 5:23 PM EDT and filed on 6/21/2024
**Case Name:**        Melendez v. Raaka Chocolate, Inc.
**Case Number:**      1:23-cv-09532-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER. For the reasons discussed on the record and in light of the issues raised by Defendant in the [18] Motion to Dismiss, Plaintiff is granted until 7/09/204 to file an amended complaint. Following Plaintiff's filing and on or before 7/19/2024, Defendant will either (i) answer the upcoming amended complaint; or (ii) a status letter with a proposed briefing schedule. Discovery is stayed until 7/19/2024. Ordered by Magistrate Judge Vera M. Scanlon on 6/21/2024. (CC)


**1:23-cv-09532-VMS Notice has been electronically mailed to:**

Leo Kayser     lkayser@515law.com, crodriguez@515law.com

John Robert Skrabanek    jrs@ts-firm.com

Mark Rozenberg    mrozenberg@steinsakslegal.com, ysaks@steinsakslegal.com

**1:23-cv-09532-VMS Notice will not be electronically mailed to:**

1