## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                          .ss.:
COUNTY OF NEW YORK)

CHRISTOPHER RODRIGUEZ, being duly sworn says:

I am not a party to the within action, am over 18 years of age, with an address at 50 Alcolade Drive East, Shirley, NY 11967.

On December 3, 2025, I served a true copy of the within **NOTICE OF MOTION TO DISMISS WITH AFFIDAVIT OF LEO KAYSER, III IN SUPPORT AND MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. C. P. 12(b)(1) AND 12(b)(6)** by overnight delivery via Federal Express in a sealed envelope addressed to the last known address of the addressee(s) as indicated below:

Rami Salim, Esq.
Stein Saks, PLLC
Attorneys for **Plaintiff**
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: 201-282-6500 ext. 102

_____
Christopher Rodriguez

Sworn to before me this
3rd day of December, 2025

_____
Notary Public

G. KAYSER STRAUSS
Notary Public, State of New York
No. 02ST6204494
Qualified in Bronx County
Commission Expires 7/19/29